623 A.2d 815

**COMMONWEALTH of Pennsylvania**

v.

**Anthony GRIFFIN, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1993.

Decided April 30, 1993.

Mitchell Scott Strutin, Philadelphia, for Anthony Griffin.

Catherine Marshall, Helen Kane, Ronald Eisenberg, Philadelphia, for Com.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).

NIX, C.J., and MONTEMURO, J., did not participate in the consideration or decision of this case.

ZAPPALA and CAPPY, JJ., dissent.